# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 6 2015

John B. Ohle, III

Petitioner,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

United States of America,

Respondent.

(List the full name(s) of the defendant(s)/respondent(s).)

13 CV 450 (JSR)(AJP)
08 CR 1109 (JSR)

**NOTICE OF APPEAL**

RECEIVED SDNY PRO SE OFFICE 2015 NOV -6 PM 12:19

Notice is hereby given that the following parties: __John B. Ohle, III__

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: __September 9, 2015__

(date that judgment or order was entered on docket)

that: __denied Petitioner's Motion to Vacate His Criminal Conviction under §2255 and Motion to Obtain His Discovery__

(If the appeal is from an order, provide a brief description above of the decision in the order.)

__November 5, 2015__                     __/s/ J.B. Ohle__
Dated                                    Signature

__Ohle, John B.__
Name (Last, First, MI)

__1940 Chestnut Avenue__   __Wilmette__   __IL__   __60091__
Address                    City           State    Zip Code

__(847) 920-9176__                       __johnbohle3@yahoo.com__
Telephone Number                         E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13





**PRIORITY MAIL EXPRESS**

OUR FASTEST SERVICE

EP13F July 2013   OD: 12.5

PS10001000006

**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
SLIDELL,LA
70458
NOV 05, 15
AMOUNT
$19.99
00100655-16



CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 224 ) 260-1709
John Ohle
1940 Chestnut Avenue
Wilmette IL 60091

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
SIGNATURE REQUIRED
- No Saturday Delivery
- Sunday/Holiday Delivery Required
- 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( 212 ) 805-0175
The Daniel Patrick Moynihan
U.S. Courthouse
Clerk of Court
Attention: Pro Se
500 Pearl Street NY, NY

ZIP + 4
10007

$100.00 insurance included.

EL132379566US



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | | | |
| PO ZIP Code | Scheduled Delivery Date | Postage | |
| 70458 | 11-6-15 | $19.99 | |
| Date Accepted | Scheduled Delivery Time ☐10:30AM ☐3:00PM ☐12 NOON | Insurance Fee | COD Fee |
| 11-5-15 | | | |
| Time Accepted 2:57 PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees $19.99 | |
| | Acceptance Employee Initials | | |

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   **3-ADDRESSEE COPY**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

  

Case 15-3603, Document 1-2, 11/06/2015, 1640361, Page2 of 10

RECEIVED SDNY PRO SE OFFICE 2015 NOV -6 PM 12:18

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:13-cv-00450-JSR

Ohle v. United States Of America  
Assigned to: Judge Jed S. Rakoff  
Related Cases: 1:08-cr-01109-JSR-1  
                      1:15-cv-02965-JSR  
                      1:14-cv-09157-JSR  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 01/18/2013  
Date Terminated: 09/08/2015  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**John B. Ohle, III**      represented by **Hiram Chester Eastland**
Eastland Law Offices, PLLC
307 Cotton Street
Greenwood, MS 38930
(662)-453-1227
Fax: (601)-510-9697
Email: eastlandlaw1@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hoonpyo Lee**
Law Offices of Priya Chaudhry
80 Pine St.
New York, NY 10005
(917)-612-2382
Fax: (212)-785-5558
Email: lee@harrisobrien.com
*ATTORNEY TO BE NOTICED*

**Priya Chaudhry**
Law Offices of Priya Chaudhry
80 Pine Street
33rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 785-5558
Email: priya@harrisobrien.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**United States Of America**      represented by **Stanley John Okula , Jr.**
U.S. Attorney's Office, Sdny (White Plains)
300 Quarropas Street, 3rd Floor
White Plains, NY 10601
(914)-993-1961
Fax: (914)-993-1980
Email: stan.okula@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nanette Louise Davis**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007

(212)−637−1117
Fax: (212)−637−2429
Email: nanette.l.davis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2013 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE:08−cr−1109. Document filed by John B. Ohle, III.(jd) (laq). Modified on 2/13/2013 (jd). (Entered: 01/24/2013) |
| 01/18/2013 | 2 | DECLARATION of Priya Chaudhry in Support re: MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE:08−cr−1109. Document filed by John B. Ohle, III. (jd) (laq). (Main Document 2 replaced on 1/28/2013) (laq). Modified on 2/13/2013 (jd). (Entered: 01/24/2013) |
| 01/18/2013 | 3 | DECLARATION of John B. Ohle, III in Support re: MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE:08−cr−1109. Document filed by John B. Ohle, III. (jd) (laq). Modified on 2/13/2013 (jd). (Entered: 01/24/2013) |
| 01/18/2013 | 4 | MEMORANDUM OF LAW in Support re: MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE:08−cr−1109. Document filed by John B. Ohle, III. (jd) (laq). (Additional attachment(s) added on 1/28/2013: # 1 mem law) (laq). Modified on 2/13/2013 (jd). (Entered: 01/24/2013) |
| 01/18/2013 | | SUMMONS ISSUED as to United States Of America, U.S. Attorney and U.S. Attorney General. (jd) (Entered: 01/24/2013) |
| 01/18/2013 | | Magistrate Judge Frank Maas is so designated. (jd) (Entered: 01/24/2013) |
| 01/18/2013 | | Case Designated ECF. (jd) (Entered: 01/24/2013) |
| 01/18/2013 | | CASE ACCEPTED AS RELATED. Create association to 1:08−cr−01109−JSR. (jd) (Entered: 02/13/2013) |
| 01/24/2013 | | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Priya Chaudhry for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 4 Memorandum of Law in Support, 3 Declaration in Support, 2 Declaration in Support, 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration to: caseopenings@nysd.uscourts.gov. (jd)** (Entered: 01/24/2013) |
| 02/12/2013 | 5 | NOTICE OF CHANGE OF ADDRESS by Hoonpyo Lee on behalf of All Parties. New Address: Harris, O'Brien, St. Laurent &Houghteling, 111 Broadway, Suite 1502, New York, New York, USA 10006, 212−397−3370. (Lee, Hoonpyo) (Entered: 02/12/2013) |
| 02/12/2013 | 6 | NOTICE OF CHANGE OF ADDRESS by Priya Chaudhry on behalf of John B. Ohle, III. New Address: Harris, O'Brien, St. Laurent &Houghteling, 111 Broadway, Suite 1502, New York, New York, USA 10006, 2123973370. (Chaudhry, Priya) (Entered: 02/12/2013) |
| 02/28/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/28/2013. (Kotowski, Linda) (Entered: 03/06/2013) |
| 03/25/2013 | 7 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*. Document filed by John B. Ohle, III.(Chaudhry, Priya) Modified on 3/26/2013 (ldi). (Entered: 03/25/2013) |
| 03/25/2013 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Priya Chaudhry to RE−FILE Document 7 SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*. Use the event type Memorandum of Law in Support of Motion found under the** |

| | | |
|---|---|---|
| | | **event list Replies, Opposition and Supporting Documents. (ldi)** (Entered: 03/26/2013) |
| 03/26/2013 | 8 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 1 MOTION to Vacate, 7 SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*.. Document filed by John B. Ohle, III. (Chaudhry, Priya) (Entered: 03/26/2013) |
| 03/28/2013 | 9 | ORDER: Accordingly, because cases numbered 12 Civ. 1909(JSR) and 13 Civ.450(JSR) are related and Magistrate Judge Peck already has full familiarity with the issues, the Magistrate Judge assigned to this case should be Magistrate Judge Peck, not Magistrate Judge Maas. The two Magistrate Judges should take any necessary steps to effectuate this transfer. (Signed by Judge Jed S. Rakoff on 3/27/2013) (js) (Entered: 03/28/2013) |
| 03/28/2013 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Andrew J. Peck. Please note that this is a reassignment of the designation only. (pgu) (Entered: 04/27/2015) |
| 03/29/2013 | 10 | ORDER: The Government is hereby directed to respond to the petition in writing by May 1, 2013. The parties are further directed to convene a conference call with Chambers within two business days of the filing of the Government's response to schedule further proceedings. (Signed by Judge Jed S. Rakoff on 3/29/2013) (js) (Entered: 03/29/2013) |
| 04/05/2013 | 11 | NOTICE OF APPEARANCE by Nanette Louise Davis on behalf of United States Of America (Davis, Nanette) (Entered: 04/05/2013) |
| 04/29/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 4/29/2013. (Kotowski, Linda) (Entered: 05/07/2013) |
| 05/01/2013 | 12 | **FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 1 MOTION to Vacate, 7 SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*.. Document filed by United States Of America. (Davis, Nanette) Modified on 5/7/2013 (db). (Entered: 05/01/2013) |
| 05/01/2013 | 13 | MEMORANDUM OF LAW in Opposition re: 1 MOTION to Vacate, 7 SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*.. Document filed by United States Of America. (Davis, Nanette) (Entered: 05/01/2013) |
| 05/01/2013 | 14 | DECLARATION of Nanette L. Davis in Opposition re: 1 MOTION to Vacate, 7 SUPPLEMENTAL MOTION to Vacate 1 MOTION to Vacate *Conviction*.. Document filed by United States Of America. (Attachments: # 1 Exhibit Exhibit 1 (Part 1), # 2 Exhibit Exhibit 1 (Part 2) – Exhibit 5, # 3 Exhibit Exhibit 6, # 4 Exhibit Exhibits 7–10)(Davis, Nanette) (Entered: 05/01/2013) |
| 05/06/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 5/6/2013. (Kotowski, Linda) (Entered: 05/20/2013) |
| 05/15/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 5/15/2013. (Kotowski, Linda) (Entered: 05/20/2013) |
| 07/29/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/29/2013. (Kotowski, Linda) (Entered: 07/30/2013) |
| 08/01/2013 | 15 | MOTION for Hiram C. Eastland, Jr. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8746946. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)(Eastland, Hiram) (Entered: 08/01/2013) |
| 08/01/2013 | 16 | MOTION for Hiram C. Eastland, Jr. to Appear Pro Hac Vice *CORRECTED*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)(Eastland, Hiram) (Entered: |

| | | 08/01/2013) |
|---|---|---|
| 08/01/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Hiram C. Eastland, Jr. to Appear Pro Hac Vice *CORRECTED*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 08/01/2013) |
| 08/05/2013 | 17 | ORDER FOR ADMISSION PRO HAC VICE: granting 16 Motion for Hiram C. Eastland to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 8/2/2013) (js) (Entered: 08/06/2013) |
| 08/06/2013 | 18 | NOTICE OF APPEARANCE by Stanley John Okula, Jr on behalf of United States Of America. (Okula, Stanley) (Entered: 08/06/2013) |
| 08/08/2013 | 19 | MOTION to Continue /Adjourn. Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit 1)(Eastland, Hiram) (Entered: 08/08/2013) |
| 08/09/2013 | 20 | RESPONSE to Motion re: 19 MOTION to Continue /Adjourn.. Document filed by United States Of America. (Davis, Nanette) (Entered: 08/09/2013) |
| 08/09/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 8/9/2013 re: 1 MOTION to Vacate filed by John B. Ohle, III. (Kotowski, Linda) (Entered: 08/12/2013) |
| 08/12/2013 | 21 | MEMORANDUM ORDER denying 19 Motion to Continue. Pending before the Court is a motion filed this morning by co−counsel for petitioner John Ohle III ("Ohle") seeking to adjourn oral argument in this matter currently scheduled for 4:00 p.m. this afternoon or, alternatively, to stay decision on the motion to give co−counsel the opportunity "to more fully develop the support for his petition." For the following reasons, the motion is denied. The fact is that the Court was not required to hold today's oral argument at all, but could have long since decided the immediate question of whether Ohle's petition sets forth a prima facie case for relief See generally Gonzalez v. United States F.3d, 2013 WL 3455501, * 12 (2d Cir. 2013). Nonetheless,after already granting Ms. Chaudhry's request, made "with hat in hand," to file supplemental papers on Ohle's second § 2255 petition almost three months after the first memorandum of law was filed, the Court also granted the parties' request to extend the time for oral argument to today. Against this background, it maybe that Mr. Eastland's extremely belated entry into this case is nothing more than a delaying tactic by Mr. Ohle. But, assuming, arguendo, it has a good−faith basis, Ms. Chaudhry, as the author of the extensive moving papers presented in this case, is more than competent to argue the pure questions of law presented by today's oral argument. Today's oral argument will thus go forward as scheduled.The Court will then decide the pending legal issue promptly. If the petition is denied as a matter of law, there will be no occasion for further submissions by Ohle's new counsel. If,however, the petition is not decided as a matter of law, the Court will thereupon allow Mr. Eastland to make further submissions. (Signed by Judge Jed S. Rakoff on 8/9/2013) (js) Modified on 8/12/2013 (js). (Entered: 08/12/2013) |
| 09/05/2013 | 22 | TRANSCRIPT of Proceedings re: ARGUMENT held on 8/9/2013 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Linda Fisher, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/30/2013. Redacted Transcript Deadline set for 10/10/2013. Release of Transcript Restriction set for 12/9/2013.(Rodriguez, Somari) (Entered: 09/05/2013) |
| 09/05/2013 | 23 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 8/9/13 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 09/05/2013) |

| | | |
|---|---|---|
| 10/01/2013 | 24 | STANDING ORDER M10–468: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding. (Signed by Judge Loretta A. Preska on 10/1/2013) ***Original Standing Order docketed in case no. 1:13–mc–00334–LAP, document no. 2 on 10/1/2013.***(tro) (Entered: 10/01/2013) |
| 01/16/2014 | 25 | SEALED DOCUMENT placed in vault.(nm) (Entered: 01/17/2014) |
| 01/16/2014 | 26 | SEALED DOCUMENT placed in vault.(nm) (Entered: 01/17/2014) |
| 06/30/2014 | 27 | MOTION for Leave to File supplemental brief with new supportive evidence . Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 06/30/2014) |
| 08/19/2014 | 28 | MOTION for Extension of Time *To File Supplemental Brief*. Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 08/19/2014) |
| 09/15/2014 | 29 | MOTION for Discovery *By Ohle and To Permit Ohle to Secure Prior Counsels' Legal Files*. Document filed by John B. Ohle, III. (Attachments: #1 Exhibit Request For Frankel Legal Files, #2 Exhibit Email Excerpts between Ohle &Chaudhry, #3 Exhibit Request For Chaudhry Legal Files, #4 Exhibit Chaudhry Response to Request For Legal Files, #5 Exhibit Request for Corrected CACCI corrupted Documents, #6 Exhibit Okula Response to Request For Corrected CACCI Corrupted Documents)(Eastland, Hiram) (Entered: 09/15/2014) |
| 09/15/2014 | 30 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION for Discovery *and to Secure Prior Counsels' Legal Files MEMORANDUM IN SUPPORT*. Document filed by John B. Ohle, III.(Eastland, Hiram) Modified on 9/17/2014 (db). (Entered: 09/15/2014) |
| 09/17/2014 | | ****NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Hiram Chester Eastland to RE–FILE Document 30 MOTION for Discovery *and to Secure Prior Counsels' Legal Files MEMORANDUM IN SUPPORT*. Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db)** (Entered: 09/17/2014) |
| 09/17/2014 | 31 | MEMORANDUM OF LAW in Support re: 29 MOTION for Discovery *By Ohle and To Permit Ohle to Secure Prior Counsels' Legal Files*. . Document filed by John B. Ohle, III. (Eastland, Hiram) (Entered: 09/17/2014) |
| 10/03/2014 | 32 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. Document filed by John B. Ohle, III. (Attachments: #1 Exhibit Ohle List of Exhibits With Hard Copies FedXed)(Eastland, Hiram) Modified on 10/6/2014 (db). (Entered: 10/03/2014) |
| 10/04/2014 | 33 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** SUPPLEMENTAL MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. . Document filed by John B. Ohle, III. (Attachments: #1 Exhibit)(Eastland, Hiram) Modified on 10/6/2014 (db). (Entered: 10/04/2014) |
| 10/04/2014 | 34 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** SUPPLEMENTAL MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. . Document filed by John B. Ohle, III.(Eastland, Hiram) Modified on 10/6/2014 (db). (Entered: 10/04/2014) |
| 10/04/2014 | 35 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. . Document filed by John B. Ohle, III. (Attachments: #1 Exhibit)(Eastland, Hiram) Modified on 10/6/2014 (db). (Entered: 10/04/2014) |
| 10/04/2014 | 36 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. . Document filed by John B. Ohle, III. (Attachments: #1 Exhibit, #2 Exhibit)(Eastland, Hiram) Modified on |

Case 1:13-cv-00490-JSR   Document 1-2   Filed 11/06/2015   Page 8 of 10
Case: 15-3603, Document: 1-2, 11/06/2015, 1640361, Page8 of 10
Case: 1:13-cv-00490-JSR   As of: 11/06/2015 05:41 PM EST   6 of 8

| | | |
|---|---|---|
| | | 10/6/2014 (db). (Entered: 10/04/2014) |
| 10/06/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Hiram Chester Eastland to RE–FILE Document 35 MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. ., 36 MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. ., 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*., 34 SUPPLEMENTAL MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. ., 33 SUPPLEMENTAL MOTION to Vacate 32 SUPPLEMENTAL MOTION to Vacate *Conviction Under § 2255 Memorandum Supported By New Evidence*. . Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. Then ATTACH ALL EXHIBITS incorrectly filed as documents [33–36] to this Supplemental Memorandum in Support. (db)** (Entered: 10/06/2014) |
| 10/08/2014 | 37 | MOTION to Vacate . Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 10/08/2014) |
| 10/10/2014 | 38 | MOTION for Leave to File hard copy exhibits instead of ecf filing . Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 10/10/2014) |
| 10/16/2014 | 39 | ORDER denying 38 Motion for Leave to File Document: the Court not only denies Ohle's motion to file hard copy exhibits but also will take no cognizance of Ohle's improperly–filed Supplemental Memorandum. Should Ohle's counsel seek permission to file a brief of more than 25 pages but still of reasonable length, he may jointly call Chambers with Government counsel by no later than October 20, 2014 to make this application. (Signed by Judge Jed S. Rakoff on 10/16/2014) (tn); [*** NOTE: Also docketed in related Criminal Case 08–cr–1109(JSR), Doc.#263. ***] Modified on 10/16/2014 (bw). (Entered: 10/16/2014) |
| 10/20/2014 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 10/20/2014. (Kotowski, Linda) (Entered: 10/23/2014) |
| 10/27/2014 | 40 | MOTION for Discovery *and To Secure Files From Prior Attorneys*. Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 10/27/2014) |
| 10/27/2014 | 41 | MEMORANDUM OF LAW in Support re: 40 MOTION for Discovery *and To Secure Files From Prior Attorneys*. . Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Eastland, Hiram) (Entered: 10/27/2014) |
| 11/12/2014 | 42 | MEMORANDUM OF LAW in Opposition re: 40 MOTION for Discovery *and To Secure Files From Prior Attorneys*. . Document filed by United States Of America. (Okula, Stanley) (Entered: 11/12/2014) |
| 11/19/2014 | 43 | MOTION for Discovery *For Leave To File Reply to Government Opposition to Discovery*. Document filed by John B. Ohle, III.(Eastland, Hiram) (Entered: 11/19/2014) |
| 11/19/2014 | 44 | REPLY to Response to Motion re: 43 MOTION for Discovery *For Leave To File Reply to Government Opposition to Discovery*. *Memorandum Reply To Government Opposition to Discovery*. Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Eastland, Hiram) (Entered: 11/19/2014) |
| 11/25/2014 | 45 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** SUPPLEMENTAL MOTION to Vacate *supplemental memorandum in support of 2255 petition*. Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit a, # 2 Exhibit b, # 3 Exhibit c, # 4 Exhibit 1–1, # 5 Exhibit 1–2, # 6 Exhibit 1–3, # 7 Exhibit 1–4, # 8 Exhibit 1–5, # 9 Exhibit 1–6, # 10 Exhibit 1–7, # 11 Errata 1–8, # 12 Exhibit 1–9, # 13 Exhibit 1–10, # 14 Exhibit 1–11, # 15 Exhibit 1–12, # 16 Exhibit 1–13, # 17 Exhibit 1–14, # 18 Exhibit 1–15, # 19 Exhibit 1–16, # 20 Exhibit 1–17, # 21 Exhibit 1–18, # 22 Exhibit 1–19, # 23 Exhibit 1–20, # 24 |

| | | |
|---|---|---|
| | | Exhibit 1−21, #_25_ Exhibit 1−22, #_26_ Exhibit 1−23, #_27_ Exhibit 1−24, #_28_ Exhibit 1−25, #_29_ Exhibit 1−26, #_30_ Exhibit 1−27, #_31_ Exhibit 1−28, #_32_ Exhibit 1−29, #_33_ Exhibit 1−30, #_34_ Exhibit 1−31, #_35_ Exhibit 1−32, #_36_ Exhibit 1−33, #_37_ Exhibit 1−34, #_38_ Exhibit 2−1, #_39_ Exhibit 2−2, #_40_ Exhibit 2−3, #_41_ Exhibit 2−4, #_42_ Exhibit 2−5, #_43_ Exhibit 2−6, #_44_ Exhibit 2−7, #_45_ Exhibit 2−8, #_46_ Exhibit 2−9, #_47_ Exhibit 2−10, #_48_ Exhibit 2−11, #_49_ Exhibit 2−12, #_50_ Exhibit 2−13, #_51_ Exhibit 3−1, #_52_ Exhibit 3−2, #_53_ Exhibit 3−3, #_54_ Exhibit 3−4, #_55_ Exhibit 3−5, #_56_ Exhibit 3−6, #_57_ Exhibit 3−7, #_58_ Exhibit 3−8)(Eastland, Hiram) Modified on 11/26/2014 (db). (Entered: 11/25/2014) |
| 11/26/2014 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Hiram Chester Eastland to RE−FILE Document 45 SUPPLEMENTAL MOTION to Vacate *supplemental memorandum in support of 2255 petition*. Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 11/26/2014)** |
| 11/26/2014 | 46 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 1 MOTION to Vacate *conviction*. Document filed by John B. Ohle, III. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exhibit 1−1, #_5_ Exhibit 1−2, #_6_ Exhibit 1−3, #_7_ Exhibit 1−4, #_8_ Exhibit 1−5, #_9_ Exhibit 1−6, #_10_ Exhibit 1−7, #_11_ Exhibit 1−8, #_12_ Exhibit 1−9, #_13_ Exhibit 1−10, #_14_ Exhibit 1−11, #_15_ Exhibit 1−12, #_16_ Exhibit 1−13, #_17_ Exhibit 1−14, #_18_ Exhibit 1−15, #_19_ Exhibit 1−16, #_20_ Exhibit 1−17, #_21_ Exhibit 1−18, #_22_ Exhibit 1−19, #_23_ Exhibit 1−20, #_24_ Exhibit 1−21, #_25_ Exhibit 1−22, #_26_ Exhibit 1−23, #_27_ Exhibit 1−24, #_28_ Exhibit 1−25, #_29_ Exhibit 1−26, #_30_ Exhibit 1−27, #_31_ Exhibit 1−28, #_32_ Exhibit 1−29, #_33_ Exhibit 1−30, #_34_ Exhibit 1−31, #_35_ Exhibit 1−32, #_36_ Exhibit 1−33, #_37_ Exhibit 1−34, #_38_ Exhibit 2−1, #_39_ Exhibit 2−2, #_40_ Exhibit 2−3, #_41_ Exhibit 2−4, #_42_ Exhibit 2−5, #_43_ Exhibit 2−6, #_44_ Exhibit 2−7, #_45_ Exhibit 2−8, #_46_ Exhibit 2−9, #_47_ Exhibit 2−10, #_48_ Exhibit 2−11, #_49_ Exhibit 2−12, #_50_ Exhibit 2−13, #_51_ Exhibit 3−1, #_52_ Exhibit 3−2, #_53_ Exhibit 3−3, #_54_ Exhibit 3−4, #_55_ Exhibit 3−5, #_56_ Exhibit 3−6, #_57_ Exhibit 3−7, #_58_ Exhibit 3−8, #_59_ Exhibit 3−9)(Eastland, Hiram) (Entered: 11/26/2014) |
| 12/29/2014 | 47 | DECLARATION of Nanette L. Davis in Opposition re: 45 SUPPLEMENTAL MOTION to Vacate *supplemental memorandum in support of 2255 petition*.. Document filed by United States Of America. (Attachments: #_1_ Exhibit 2−1, #_2_ Exhibit 2−2, #_3_ Exhibit 2−3, #_4_ Exhibit 2−4)(Davis, Nanette) (Entered: 12/29/2014) |
| 12/29/2014 | 48 | MEMORANDUM OF LAW in Opposition re: 45 SUPPLEMENTAL MOTION to Vacate *supplemental memorandum in support of 2255 petition*. . Document filed by United States Of America. (Okula, Stanley) (Entered: 12/29/2014) |
| 01/05/2015 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/5/2015. (Kotowski, Linda) (Entered: 01/15/2015) |
| 01/20/2015 | 49 | REPLY MEMORANDUM OF LAW in Support re: 45 SUPPLEMENTAL MOTION to Vacate *supplemental memorandum in support of 2255 petition*. . Document filed by John B. Ohle, III. (Attachments: #_1_ Exhibit, #_2_ Exhibit)(Eastland, Hiram) (Entered: 01/20/2015) |
| 01/23/2015 | 50 | MOTION to Authorize periodic travel during home confinement and for miscellaneous relief at work release center to participate in pending legal actions . Document filed by John B. Ohle, III. (Attachments: #_1_ Proposed Order)(Eastland, Hiram) (Entered: 01/23/2015) |
| 03/26/2015 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/26/2015. (Kotowski, Linda) (Entered: 04/03/2015) |
| 03/31/2015 | 51 | ENDORSED LETTER addressed to Judge Jed S. Rakoff from Hiram Eastland dated 3/30/15 re: Counsel requests the Court's approval for John Ohle to travel to attend two state court hearings in New Orleans, Louisiana on April 24, 2015 and May 8, 2015. ENDORSEMENT: Approved. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/31/2015) (mro) (Entered: 03/31/2015) |

| | | |
|---|---|---|
| 07/09/2015 | 52 | ENDORSED LETTER addressed to Judge Jed S. Rakoff from Hiram Eastland dated 7/07/2015 re: I am writing this letter to propose the Court's approval for John Ohle to travel to attend the re−scheduled state court hearing in New Orleans, Louisiana on July 17, 2015. ENDORSEMENT: Approved. SO ORDERED. (Signed by Judge Jed S. Rakoff on 7/08/2015) (ama) (Entered: 07/09/2015) |
| 07/15/2015 | 53 | **FILING ERROR − DUPLICATE DOCUMENT −** SUPPLEMENTAL MOTION to Set Aside *Brief In Supplement to 2255 Motion to Set Aside Conviction*. Document filed by John B. Ohle, III.(Eastland, Hiram) Modified on 7/20/2015 (db). (Entered: 07/15/2015) |
| 07/15/2015 | 54 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** SUPPLEMENTAL MOTION to Set Aside Verdict *Brief In Supplement to 2255 Motion to Set Aside Conviction*. Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Eastland, Hiram) Modified on 7/20/2015 (db). (Entered: 07/15/2015) |
| 07/20/2015 | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Hiram Chester Eastland to RE−FILE Document 54 SUPPLEMENTAL MOTION to Set Aside Verdict *Brief In Supplement to 2255 Motion to Set Aside Conviction*. Use the event type Brief found under the event list Other Documents. (db)** (Entered: 07/20/2015) |
| 07/20/2015 | 55 | SUPPLEMENTAL BRIEF re: 1 MOTION to Vacate, 4 Memorandum of Law in Support, . Document filed by John B. Ohle, III. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I)(Eastland, Hiram) (Entered: 07/20/2015) |
| 07/31/2015 | 56 | MEMORANDUM OF LAW in Opposition re: 54 SUPPLEMENTAL MOTION to Set Aside Verdict *Brief In Supplement to 2255 Motion to Set Aside Conviction*. . Document filed by United States Of America. (Davis, Nanette) (Entered: 07/31/2015) |
| 09/08/2015 | 57 | MEMORANDUM AND ORDER: denying 27 Letter Motion for Leave to File Document; denying 28 Letter Motion for Extension of Time; denying 29 Letter Motion for Discovery; denying 37 Motion to Vacate ; denying 40 Letter Motion for Discovery; denying 43 Letter Motion for Discovery; denying 50 Motion to Authorize ; denying 1 Motion to Vacate. To summarize, for the foregoing reasons, the Court denies Ohle's motion to vacate his sentence and conviction, and his requests for discovery. The Court also denies Ohle's alternative request for an evidentiary hearing as he has failed to "proffer arguably credible evidence of a prima facie case" of entitlement to relief. See Puglisi v. United States, 586 F.3d 209, 215 (2d Cir. 2009) SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/07/2015) (ama); [*** NOTE: Also docketed in related Criminal Case 08−Cr−1109(JSR), doc.#270. ***] Modified on 9/9/2015 (bw). (Entered: 09/09/2015) |
| 09/08/2015 | | Terminate Transcript Deadlines (ama) (Entered: 09/09/2015) |
| 11/06/2015 | 58 | NOTICE OF APPEAL from 57 Order on Motion for Leave to File Document, Order on Motion for Extension of Time, Order on Motion for Discovery, Order on Motion to Vacate, Order on Motion to Authorize. Document filed by John B. Ohle, III. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. *(ORIGINAL DOCUMENT ENTERED IN CRIMINAL CASE #08−cr−1109−1, DOC. #271)* (tp) (Entered: 11/06/2015) |
| 11/06/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 58 Notice of Appeal. (tp) (Entered: 11/06/2015) |
| 11/06/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 58 Notice of Appeal, filed by John B. Ohle, III were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/06/2015) |